IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:24-MJ- 474 |
| | ) | |
| LINDSEY ANN PAPPAS, | ) | Court Date: December 2, 2024 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor E1941963)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 25, 2024, at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, LINDSEY ANN PAPPAS, the driver of a vehicle involved in an accident in which unattended property was damaged, did unlawfully fail to make a reasonable effort to find and notify the owner and custodian of such property, did unlawfully fail to leave a note and other sufficient information to identify himself at the scene of the accident, and did unlawfully fail to report the accident to State Police and the local law-enforcement agency.

(In violation of Title 18, United States Code, Section 13,
assimilating Virginia Code Section 46.2-896.)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____/s/_____
Richard Moua
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3802
Fax: (703) 299-3980
Email: Richard.moua@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 25, 2024 a true and correct copy of the Criminal Information was mailed to the defendant at the address listed on the Violation Notices.


By: _____/s/_____

Richard Moua
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3802
Fax: (703) 299-3980
Email: Richard.moua@usdoj.gov